# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDA PHARMACEUTICALS INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TEVA PHARMACEUTICALS USA INC., ) <br> ) <br> Defendant. ) | Civil Action No. 15-785-LPS |

## ORDER SCHEDULING ADR TELECONFERENCE

At Wilmington this 23rd day of June, 2016.

IT IS ORDERED that a teleconference has been scheduled for **Monday, January 23, 2017, at 10:00 a.m.** with Magistrate Judge Burke to discuss alternative dispute resolutions ("ADR"). **Plaintiff(s) counsel shall initiate the teleconference call to 302-573-4595.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE