IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MEDA PHARMACEUTICALS INC. and CIPLA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 15-785-LPS ) ) ) ) ) ) ) |

## **STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which the parties must submit a Joint Claim Construction Chart in the above action is extended through and including August 5, 2016.

| ASHBY & GEDDES | SHAW KELLER, LLP |
|---|---|
| */s/ John G. Day* | */s/ Andrew E. Russell* |
| Steven J. Balick (#2114) <br> John G. Day (#2403) <br> Andrew C. Mayo (#5207) <br> 500 Delaware Ave., 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> sbalick@ashby-geddes.com <br> jday@ashby-geddes.com <br> amayo@ashby-geddes.com <br><br> *Attorneys for Plaintiffs* <br> *Meda Pharmaceuticals, Inc. and* <br> *Cipla Ltd.* | John W. Shaw (#3362) <br> Andrew E. Russell (#5382) <br> 300 Delaware Avenue, Suite 1120 <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> jshaw@shawkeller.com <br> arussell@shawkeller.com <br><br> *Attorneys for Defendant* <br> *Teva Pharmaceuticals USA, Inc.* |

SO ORDERED THIS _____ day of _____, 2016.

_____
Chief Judge

{01134112;v1 }