IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MEDA PHARMACEUTICALS INC. and CIPLA LTD.,

Plaintiffs,

v.

TEVA PHARMACEUTICALS USA, INC.,

Defendant.

C.A. No. 15-785-LPS

**STIPULATION AND ORDER**

The parties hereby stipulate and agree, subject to the approval and Order of the Court, that the below deadlines as previously ordered by the Court in the Scheduling Order (D.I. 16) are amended as follows:

| **EVENT** | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Opening Markman Briefs | August 19, 2016 | September 2, 2016 |
| Answering Markman Briefs | September 16, 2016 | September 22, 2016 |

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

______________________________

Steven J. Balick (#2114)
John G. Day (#2403)
Andrew C. Mayo (#5207)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiffs Meda Pharmaceuticals, Inc. and Cipla Ltd.*

SHAW KELLER, LLP

*/s/ John W. Shaw*

______________________________

John W. Shaw (#3362)
Andrew E. Russell (#5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

SO ORDERED THIS ______ day of ___________, 2016.

________________________________________
Chief Judge