IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDA PHARMACEUTICALS INC. and CIPLA LTD., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 15-785-LPS |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 15(a)(2) and 16(b)(4), Plaintiffs Meda Pharmaceuticals, Inc. and Cipla Ltd., (collectively, "Plaintiffs") seek leave to file a Second Amended Complaint against Defendant Teva Pharmaceuticals USA, Inc. The specific grounds for this motion are set forth in the concurrently-filed opening letter brief.

Pursuant to D. Del. LR 7.1, counsel for Plaintiff has conferred with counsel for Defendant regarding the filing of this Motion. Defendant opposes the Motion.

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| Mark Fox Evens | |
| Uma N. Everett | Steven J. Balick (#2114) |
| Dennies Varughese | John G. Day (#2403) |
| Rami Bardenstein | Andrew C. Mayo (#5207) |
| Adam C. LaRock | 500 Delaware Ave., 8th Floor |
| Andrew M. Nason | P.O. Box 1150 |
| Joshua I. Miller | Wilmington, DE 19899 |
| Josephine J. Kim | (302) 654-1888 |
| STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C. | *Attorneys for Plaintiffs* |
| 1100 New York Ave., N.W., Suite 800 | *Meda Pharmaceuticals Inc. and Cipla Ltd.* |
| Washington, DC 20005-3934 | |
| (202) 371-2600 | |

Dated: September 6, 2016