IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MEDA PHARMACEUTICALS INC. and CIPLA LTD., | ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 15-785-LPS |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC., | ) ) | |
| Defendant. | ) ) ) | |

## STIPULATION AND ORDER

The parties hereby stipulate and agree, subject to the approval and Order of the Court,

that the below deadlines as previously ordered by the Court in the Scheduling Order (D.I. 16) are

amended as follows:

| EVENT | CURRENT DEADLINE | PROPOSED  DEADLINE |
|---|---|---|
| Answering Markman Briefs | September 22, 2016 | October 7, 2016 |

2

| RICHARDS, LAYTON & FINGER, P.A. | SHAW KELLER, LLP |
|---|---|
| */s/ Arun J. Mohan* | */s/ Andrew E. Russell* |

| | |
|---|---|
| Frederick L. Cottrell, III (#2555) | John W. Shaw (#3362) |
| Arun J. Mohan (#6110) | Andrew E. Russell (#5382) |
| One Rodney Square | 300 Delaware Avenue, Suite 1120 |
| 920 North King Street | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 298-0700 |
| (302) 651-7700 | jshaw@shawkeller.com |
| cottrell@rlf.com | arussell@shawkeller.com |
| mohan@rlf.com | |

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

*Attorneys for Plaintiffs*
*Meda Pharmaceuticals, Inc. and*
*Cipla Ltd.*

Dated:  September 15, 2016

SO ORDERED THIS _____ day of _____, 2016.

_____

Chief Judge Leonard P. Stark

2