

Andrew E. Russell
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0704 - Direct
arussell@shawkeller.com

October 6, 2016

**BY CM/ECF AND HAND DELIVERY**
The Honorable Leonard P. Stark
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *Meda Pharmaceuticals, Inc., et al. v. Teva Pharmaceuticals USA, Inc.*,
             C.A. No. 15-785-LPS

Dear Chief Judge Stark:

       Teva Pharmaceuticals USA, Inc. ("Teva") writes regarding a scheduling conflict that has arisen for Teva's counsel with regard to the October 24, 2016 *Markman* hearing scheduled in this action. A separate trial in an action in the Eastern District of Texas has been calendared for that time that involves Teva's counsel. Teva has made efforts to resolve the conflict but has been unable to do so. Teva respectfully requests, subject to the Court's availability, that the Court reschedule the *Markman* to November 17, 18, 21, or 22. Teva understands and respects that the Court has a very full calendar and may not be able to accommodate this request; if the Court does not have any availability on those days, Teva will withdraw its request to move the *Markman* hearing date.

       Plaintiffs Meda Pharmaceuticals Inc. and Cipla Ltd. (collectively, "Plaintiffs") do not oppose this request. The parties have filed a stipulation in conjunction with this request seeking to move the parties' responsive claim construction briefing deadline back by one week. That briefing stipulation is not contingent upon the present request to reschedule the *Markman*.

                                            Respectfully submitted,

                                            */s/ Andrew E. Russell*

                                            Andrew E. Russell (No. 5382)

cc:    All Counsel of Record (by CM/ECF)
       Clerk of the Court (by CM/ECF)