

Frederick L. Cottrell, III
302-651-7509
Cottrell@rlf.com

October 13, 2016

VIA CM/ECF FILING AND HAND DELIVERY

Hon. Chief Judge Leonard P. Stark
U.S. District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Wilmington, DE 19801-3555

      Re:    *Meda Pharmaceuticals Inc. et al. v. Teva Pharmaceuticals USA, Inc., et al.*, C.A. No. 15-785-LPS

Dear Chief Judge Stark:

    We, along with Sterne, Kessler, Goldstein & Fox PLLC, represent Plaintiffs Meda Pharmaceuticals Inc. and Cipla Ltd. ("Plaintiffs") in this action. We write in response to Defendant Teva Pharmaceuticals USA, Inc.'s ("Teva") October 6 letter (D.I. 72) regarding a scheduling conflict with regard to the *Markman* hearing currently scheduled for October 24, 2016. Like Teva, Plaintiffs also have a scheduling conflict.

    On October 11, the District Court for the District of New Jersey, in an unrelated matter, rescheduled summary judgment hearings from October 20 to October 24. Many of the same attorneys involved in that matter are also involved in this matter and were deeply involved in the claim construction process. Plaintiffs respectfully request, subject to the Court's availability, that the Court reschedule the *Markman* hearing to anytime during the following dates: November 17-18, 21-22, 29-30 or December 1-2. Teva does not oppose this request, and all parties are available on these dates.

                        Respectfully,

                        */s/ Frederick L. Cottrell, III*

                        Frederick L. Cottrell, III (#2555)

cc:    All Counsel of Record (via CM/ECF)