

RICHARDS
LAYTON &
FINGER

Attorneys at Law

Frederick L. Cottrell, III
302-651-7509
Cottrell@rlf.com

October 14, 2016

VIA CM/ECF FILING AND HAND DELIVERY

Hon. Chief Judge Leonard P. Stark
U.S. District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Wilmington, DE 19801-3555

   Re: *Meda Pharmaceuticals Inc. et al. v. Teva Pharmaceuticals USA, Inc., et al.*, C.A. No. 15-785-LPS

Dear Chief Judge Stark:

  In accordance with the Court's December 10, 2015 Scheduling Order (D.I. 16), and the Court's August 25, 2016 Oral Order (D.I. 50), Plaintiffs Meda Pharmaceuticals Inc., and Cipla Ltd. and Defendant Teva Pharmaceuticals USA, Inc. respectfully submit this joint letter concerning the *Markman* hearing currently set for October 24, 2016 at 9:00 a.m.[1]

  The parties have agreed they will not request leave to present testimony at the *Markman* hearing. In addition, the parties request that three hours be allocated for the hearing to be split evenly between Plaintiffs and Teva.

  The parties are available at the Court's convenience to discuss logistics for the *Markman* hearing.

            Respectfully,

            */s/ Frederick L. Cottrell, III*

            Frederick L. Cottrell, III (#2555)

cc: All Counsel of Record (via CM/ECF)

---

  [1] The parties have separately requested a new date for the *Markman* hearing, if available, due to unavoidable conflicts with other cases. (D.I. 72, 77).