# EXHIBIT A

# Exhibit A
## Disputed Terms and Proposed Constructions[1,2]

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| 1. | "treatment…of [a] condition(s)" | '620 patent: 16, 17, 24 '723 patent: 1 | Plain and ordinary meaning: "suppressing an underlying disease or illness or minimizing symptoms associated therewith"<br><br>**Intrinsic Evidence**<br><br>**'620 Patent** (MEDA_TEVA_00018026-MEDA_TEVA_00018041): 1:10-53, 4:41-53, 5:48-59, 6:11-57, 7:19-52, 11:45-14:55.<br><br>**'620 Patent PH** (MEDA_TEVA_00000001-MEDA_TEVA_00009274): MEDA_TEVA_00000107-MEDA_TEVA_00000118 (Foreign | "curing or suppressing an underlying disease or illness or minimizing symptoms associated therewith"<br><br>**Intrinsic Evidence**<br><br>MEDA_TEVA_00018026 - MEDA_TEVA_00018041 at 1:10-51; 4:41-53; 5:48-59; 6:46-57; 7:19-52.<br><br>MEDA_TEVA_00018010 - MEDA_TEVA_00018025 at 1:19-63; 4:41-53; 5:47-57; 6:46-57; 7:19-52.<br><br>U.S. Patent No. 7,629,335 (*see, e.g.*, Col. 4:58-67). |

[1] The '620, 723, and '428 patents arise from the same patent family and share substantially similar specifications. Likewise, the file histories of the '620, '723, and '428 patents contain many of the same references. For citations to patents, the parties incorporate the corresponding passages in the other patents that are substantially duplicative of the specification, figures, and abstract citations cited. For citations to references in the file histories, the parties incorporate the corresponding citations to duplicative references in the other file histories.

[2] Each party reserves the right to rely upon any intrinsic evidence cited by the opposing party.

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|------|-------------|--------------------------|-----------------------------------|-----------------------------------|
| | | | Reference—WO97/01337), *see specifically* MEDA_TEVA_00000109-110.<br><br>MEDA_TEVA_00000146-MEDA_TEVA_00000154 (Foreign Reference—WO98/48839); *see specifically* MEDA_TEVA_00000148-MEDA_TEVA_00000149.<br><br>MEDA_TEVA_00000183-MEDA_TEVA_00000189 (Foreign Reference—EP0780127); *see specifically* MEDA_TEVA_00000184.<br><br>MEDA_TEVA_00000219-MEDA_TEVA_00000241 (October 17, 2008 Office Action), *see specifically* MEDA_TEVA_00000232.<br><br>MEDA_TEVA_00000254-MEDA_TEVA_00000275 (January 23, 2009 Office Action), *see specifically* MEDA_TEVA_00000266.<br><br>MEDA_TEVA_00000504-MEDA_TEVA_00000544 (Non-Patent Literature—Dykewicz & Fineman), *see specifically* MEDA_TEVA_00000516-MEDA_TEVA_00000517, | U.S. Patent No. 6,750,210 (*see, e.g.*, Col. 7:8-13).<br><br>U.S. Patent No. 4,335,121 (*see, e.g.*, Col. 32:52-34:11).<br><br>U.S. Patent No. 6,921,757 (*see, e.g.*, Col. 7:54–8: 3).<br><br>U.S. Patent No. 3,312,590 (*see, e.g.*, Claim 9).<br><br>U.S. Patent No. 3,639,434 (*see, e.g.*, Col. 2:58-60).<br><br>U.S. Patent No. 3,813,384 (*see, e.g.*, Col. 6:72–7:1).<br><br>U.S. Patent No. 4,267,173 (*see, e.g.*, Col. 1:32-36, 6:49-56).<br><br>U.S. Patent No. 4,607,028 (*see, e.g.*, Col. 4:60-63).<br><br>U.S. Patent No. 4,710,495 (*see, e.g.*, Col. 16:31-32).<br><br>U.S. Patent No. 4,861,765 (*see, e.g.*, Col. 1:18-21). |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|------|-------------|--------------------------|-----------------------------------|-----------------------------------|
|      |             |                          | MEDA_TEVA_00000525, MEDA_TEVA_00000527, MEDA_TEVA_00000529, MEDA_TEVA_00000531-MEDA_TEVA_00000532, MEDA_TEVA_00000534, MEDA_TEVA_00000538.<br><br>MEDA_TEVA_00000545-MEDA_TEVA_00000560 (OPP10171 European Patent Opposition to EP1519731), *see specifically* MEDA_TEVA_00000559.<br><br>MEDA_TEVA_00000726-MEDA_TEVA_00000733 (Non-Patent Literature—Schmidt et al.), *see specifically* MEDA_TEVA_00000726-MEDA_TEVA_00000733.<br><br>MEDA_TEVA_00001334-MEDA_TEVA_00001341 (August 16, 2011 Declaration of Joachim Maus), *see specifically* MEDA_TEVA_00001335-MEDA_TEVA_00001339.<br><br>MEDA_TEVA_00001345-MEDA_TEVA_00001353 (Non-Patent Literature—Juniper et al.), *see specifically* MEDA_TEVA_00001347- | U.S. Patent No. 4,992,474 (*see, e.g.*, Abstract, Col. 3:61-68).<br><br>U.S. Patent No. 5,081,113 (*see, e.g.*, Col. 4:56-57, 4:65–5:2).<br><br>U.S. Patent No. 5,164,194 (*see, e.g.*, Col. 2:24-26).<br><br>U.S. Patent No. 5,202,316 (*see, e.g.*, Col. 6:17-23).<br><br>U.S. Patent No. 5,707,984 (*see, e.g.*, Col. 1:29-35, 41-44).<br><br>U.S. Patent No. 5,889,015 (*see, e.g.*, Col. 1:42-49).<br><br>U.S. Patent No. 5,972,920 (*see, e.g.*, Col. 1:7-9, 2:54-59).<br><br>U.S. Patent No. 6,197,761 (*see, e.g.*, Col. 5:1-2).<br><br>U.S. Patent No. 6,759,398 (*see, e.g.*, Col. 6:54-56).<br><br>U.S. Patent No. 8,071,073 (*see, e.g.*, Col. 78:19-25). |

3

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | MEDA_TEVA_00001352.<br><br>MEDA_TEVA_00001355-MEDA_TEVA_00001363 (Non-patent Literature—Ratner et al.), *see specifically* MEDA_TEVA_00001357-MEDA_TEVA_00001360.<br><br>MEDA_TEVA_00001368-MEDA_TEVA_00001373 (Non-Patent Literature—Simpson), *see specifically* MEDA_TEVA_00001368-MEDA_TEVA_00001372.<br><br>MEDA_TEVA_00001381-MEDA_TEVA_00001399 (Non-Patent Literature—Nielsen et al.), *see specifically* MEDA_TEVA_00001384-MEDA_TEVA_00001385.<br><br>MEDA_TEVA_00001675-MEDA_TEVA_00001706 (Non-Patent Literature—Rhinocort Insert), *see specifically* MEDA_TEVA_00001676.<br><br>MEDA_TEVA_00001941-MEDA_TEVA_00001958 (Patent App. Pub. No. US2004/0235807 A1), *see specifically* MEDA_TEVA_00001942, MEDA_TEVA_00001944- | U.S. Patent Application No. 2007/0020330 A1 (*see, e.g.*, Abstract, ¶ 1197.)<br><br>U.S. Patent Application No. 2005/0192261 (*see, e.g.*, ¶ 0275).<br><br>U.S. Patent Application No. 2002/0173496 A1 to Biggadike.<br><br>MEDA_TEVA_00008861-8950 (WO 00/49993, Nitrosated and Nitrosylated Steroids for the Treatment of Cardiovascular Diseases and Disorders)(*see, e.g.*, MEDA_TEVA_00008895).<br><br>MEDA_TEVA_00018227 – 234  (Comparison of beclomethasone dipropionate aqueous nasal spray, astemizole, and the combination in the prophylactic treatment of ragweed pollen-induced rhinoconjunctivitis, by E. Juniper) (*see, e.g.*, MEDA_TEVA_00018233).<br><br>MEDA_TEVA_00018238 – 245  (A Comparison of the Efficacy of Fluticasone Propionate Aqueous Nasal Spray and Loratadine, Alone and in Combination, for the Treatment of Seasonal Allergic Rhinitis, by P. Ratner) (*see, e.g.*, |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|------|-------------|--------------------------|-----------------------------------|-----------------------------------|
| | | | MEDA_TEVA_00001946.<br><br>MEDA_TEVA_00001968-MEDA_TEVA_00001991 (Non-Patent Literature—McNeely & Wiseman), *see specifically* MEDA_TEVA_00001971, MEDA_TEVA_00001980-MEDA_TEVA_00001981.<br><br>MEDA_TEVA_00002100-MEDA_TEVA_00002122 (Non-Patent Literature—Akerlund et al.), *see specifically* MEDA_TEVA_00002102, MEDA_TEVA_00002105.<br><br>MEDA_TEVA_00002129-MEDA_TEVA_00002141 (Non-Patent Literature—Nielsen & Dahl), *see specifically* MEDA_TEVA_00002130-MEDA_TEVA_00002131.<br><br>MEDA_TEVA_00002148-MEDA_TEVA_00002158 (Non-Patent Literature—Galant & Wilkinson), *see specifically* MEDA_TEVA_00002151, MEDA_TEVA_00002156.<br><br>MEDA_TEVA_00002159-MEDA_TEVA_00002164 (Non-Patent Literature—Duonase Data Sheet), *see* | MEDA_TEVA_00018239).<br><br>MEDA_TEVA_00022478 – 22504 (WO 03/105856) (*see, e.g.*, MEDA_TEVA_00022478-22501).<br><br>MEDA_TEVA_00024369 – 428 (EP 0 004 773) (*see, e.g.*, MEDA_TEVA_000024373 (Col. 4-7), MEDA_TEVA_000024392-3 (Col. 28-10)).<br><br>MEDA_ TEVA_00024515 – 552 (EP 0 393 658) (See e.g., 24516 (Col. 5-10)).<br><br>MEDA_TEVA_00024586 – 609 (GB 1 384 372) (*see, e.g.*, MEDA_TEVA_00024589 (Col 46-70)).<br><br>MEDA_TEVA_00024610 – 623 (GB 1 438 940) (*see, e.g.*, MEDA_TEVA_00024613 Col. 26-51, 120-126)).<br><br>MEDA_TEVA_00024624 – 34 (GB 1 517 278) (*see, e.g.*, MEDA_TEVA_00024627 (Col. 6-211; 61-65)).<br><br>MEDA_TEVA_00024635 – 707 (GB 2 079 755) (*see, e.g.*, |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | *specifically* MEDA_TEVA_00002160.<br><br>MEDA_TEVA_00002165-MEDA_TEVA_00002170 (Non-Patent Literature—Wang), *see specifically* MEDA_TEVA_00002165-MEDA_TEVA_00002167.<br><br>MEDA_TEVA_00002192-MEDA_TEVA_00002198 (Non-Patent Literature—Meltzer), *see specifically* MEDA_TEVA_00002193-MEDA_TEVA_00002193.<br><br>MEDA_TEVA_00002262-MEDA_TEVA_00002271 (Non-Patent Literature—Lorenzo et al.), *see specifically* MEDA_TEVA_00002265, MEDA_TEVA_00002269.<br><br>MEDA_TEVA_00002564-MEDA_TEVA_00002571 (Sept. 6, 2011 Notice of Allowance), *see specifically* MEDA_TEVA_00002568-MEDA_TEVA_00002570.<br><br>MEDA_TEVA00003244-MEDA_TEVA_00003292 (Foreign Reference—WO02/085296), *see specifically* MEDA_TEVA_00003247, | MEDA_TEVA_00024638 (Col. 51-58), MEDA_TEVA_00024650 (Col. 3-7, 19-26), MEDA_TEVA_00024672 (Col. 1-26, 49-65)).<br><br>MEDA_TEVA_00024708 – 37 (GB 2 088 877) (*see, e.g.*, MEDA_TEVA_00024710 (18-25), MEDA_TEVA_00024733 (Col. 22-28)).<br><br>MEDA_TEVA_00024738 – 74 (GB 2 140 800) (*see, e.g.*, MEDA_TEVA_00024738; MEDA_TEVA_00024739; MEDA_TEVA_00024741 (Col. 9-15)).<br><br>MEDA_TEVA_00024775 – 85 (GB 2 389 530) (*see, e.g.*, MEDA_TEVA_00024775-7).<br><br>MEDA_TEVA_00024887-924 (WO 03/042230 A1) (*see, e.g.*, MEDA_TEVA_0024897).<br><br>MEDA_TEVA_00025025-MEDA_TEVA_00025041 (Intranasal Corticosteroids for Allergic Rhinitis: Superior Relief?) (*see, e.g.*, MEDA_TEVA_00025027).<br><br>MEDA_TEVA_00025412-27 (Safety and |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | MEDA_TEVA_00003254.<br><br>MEDA_TEVA_00004830-MEDA_TEVA_00004842 (Foreign Reference—WO2004/019955), *see specifically* MEDA_TEVA_00004831-MEDA_TEVA_00004833.<br><br>MEDA_TEVA_00004918-MEDA_TEVA_00004924 (Non-Patent Literature—Nathan et al.), *see specifically* MEDA_TEVA_00004918.<br><br>MEDA_TEVA_00009091-MEDA_TEVA_00009111 (Non-Patent Literature—Veramyst Insert), *see specifically* MEDA_TEVA_00009091-MEDA_TEVA_00009092.<br><br>MEDA_TEVA_00009127-MEDA_TEVA_0000 (Non-Patent Literature—Lumry), *see specifically* MEDA_TEVA_00009127, MEDA_TEVA_00009131.<br><br>**'723 Patent** (MEDA_TEVA_00018010-MEDA_TEVA_00018025): 11:50-14:6. | Tolerability of Treatments for Allergic Rhinitis in Children).<br><br>MEDA_TEVA_0002544 –452 (Chronic obstructive pulmonary disease: new opportunities for drug development).<br><br>MEDA_TEVA_00025453-459 (Efficacy of inhaled corticosteroids in asthma).<br><br>MEDA_TEVA_00025461- 68(Novel Approaches and Targets for Treatment of Chronic Obstructive Pulmonary Disease).<br><br>MEDA_TEVA_00025495-500 (Treatment with intranasal fluticasone propionate significantly improves ocular symptoms .in patients with seasonal allergic rhinitis).<br><br>MEDA_TEVA_000255510-558 (Anti-inflammatory Activity of Inhaled Mometasone Furoate in Allergic Mice) (*see, e.g*., MEDA_TEVA_00025553).<br><br>MEDA_TEVA_00025712-17 (GB 1191965 5/1970) (*see, e.g*., MEDA_TEVA_00025713 (37-40)).<br><br>MEDA_TEVA_00025767-807 (Diagnosis and Management of Rhinitis: Complete |

7

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|------|-------------|--------------------------|-----------------------------------|-----------------------------------|
| | | | | Guidelines of the Joint Task Force on Practice Parameters in Allergy, Asthma and Immunology). <br><br> MEDA_TEVA_00000654-76 (Malhotra II Declaration). <br><br> MEDA_TEVA_00001434-8 (Rajan Declaration). |
| 2. | "treatment of seasonal allergic rhinitis" | '428 patent: 1, 28 | Plain and ordinary meaning: "suppressing seasonal allergic rhinitis or minimizing symptoms associated therewith" <br><br> **Intrinsic Evidence** <br><br> We incorporate by reference all intrinsic evidence cited for term 1. <br><br> **'428 Patent** (MEDA_TEVA_03519853-MEDA_TEVA_03519869): 11:50-14:44. <br><br> **'428 Patent PH** (MEDA_TEVA_03519870-MEDA_TEVA_03531151): MEDA_TEVA_03522022-MEDA_TEVA_03522058 (Foreign Reference—WO02/11711), *see specifically* MEDA_TEVA_03522029-MEDA_TEVA_03522030. | "curing or suppressing seasonal allergic rhinitis or minimizing symptoms associated therewith" <br><br> **Intrinsic Evidence** <br><br> MEDA_TEVA_03519853 - MEDA_TEVA_03519869 at 1:10-61; 4:59-5:4; 5:63-6:7; 6:59-7:3; 7:30-61. <br><br> MEDA_TEVA_00022478 – 22504 (WO 03/105856) (*see, e.g.*, MEDA_TEVA_00022478-22501). <br><br> MEDA_TEVA_00024775 – 85 (GB 2 389 530) (*see, e.g.*, MEDA_TEVA_00024775-7). <br><br> MEDA_TEVA_00018227 – 234  (Comparison of beclomethasone |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | | dipropionate aqueous nasal spray, astemizole, and the combination in the prophylactic treatment of ragweed pollen-induced rhinoconjunctivitis, by E. Juniper) (*see, e.g.*, MEDA_TEVA_00018233).<br><br>MEDA_TEVA_00018238 – 245  (A Comparison of the Efficacy of Fluticasone Propionate Aqueous Nasal Spray and Loratadine, Alone and in Combination, for the Treatment of Seasonal Allergic Rhinitis, by P. Ratner) (*see, e.g.*, MEDA_TEVA_00018239).<br><br>MEDA_TEVA_00025025-MEDA_TEVA_00025041 (Intranasal Corticosteroids for Allergic Rhinitis: Superior Relief?) (*see, e.g.*, MEDA_TEVA_00025027).<br><br>MEDA_TEVA_00025412-27 (Safety and Tolerability of Treatments for Allergic Rhinitis in Children).<br><br>MEDA_TEVA_00025495-500 (Treatment with intranasal fluticasone propionate significantly improves ocular symptoms .in patients with seasonal allergic rhinitis).<br><br>MEDA_TEVA_000255510-558 (Anti- |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | | inflammatory Activity of Inhaled Mometasone Furoate in Allergic Mice) (*see, e.g.*, MEDA_TEVA_00025553). MEDA_TEVA_00025712-17 (GB 1191965 5/1970) (*see, e.g.*, MEDA_TEVA_00025713 (37-40)). MEDA_TEVA_00025767-807 (Diagnosis and Management of Rhinitis: Complete Guidelines of the Joint Task Force on Practice Parameters in Allergy, Asthma and Immunology). |
| 3. | "one or more isotonization agents comprise from 2.3% (weight/weight) to 2.6% (weight/weight) of glycerine" | '428 Patent at Claim 7, 20 | Plain and ordinary meaning: "one or more isotonization agents include glycerin at a concentration of 2.3% to 2.6% by weight of the formulation" **Intrinsic Evidence** **'428 Patent** (MEDA_TEVA_03519853-MEDA_TEVA_03519869): 3:26-29; 3:43-57, 4:6-14; 8:15-10:20; 11:50-14:44. **'428 Patent PH** (MEDA_TEVA_03519870-MEDA_TEVA_03531151): MEDA_TEVA_03519870-MEDA_TEVA_03519896 (TrackOne | "glycerine comprises from 2.3% to 2.6% (weight/weight) of the aggregate weight of all isotonization agents" **Intrinsic Evidence** MEDA_TEVA_03519853 - MEDA_TEVA_03519869 at 2:61-3:3; 3:8-11; 3:26-29; 4:6-14; 5:34-36; 5:44-46; 11:51-61; 12:20-30; 12:31-44; 12:55-65; 13:24-34; 13:35-14:6; 14:15-18; 14:19-34. MEDA_TEVA_00022478 – 22504 (WO 03/105856) (*see, e.g.*, MEDA_TEVA_00022478-22501). |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|------|-------------|--------------------------|-----------------------------------|-----------------------------------|
| | | | Application Request), *see specifically* MEDA_TEVA_03519881 and MEDA_TEVA_03519891-MEDA_TEVA_03519893.<br><br>MEDA_TEVA_03520201-MEDA_TEVA_03520224 (PCT/GB03/02557), *see specifically* MEDA_TEVA_03520204-MEDA_TEVA_03520205 and MEDA_TEVA_03520212-MEDA_TEVA_03520215.<br><br>MEDA_TEVA_03524134-MEDA_TEVA_03524156 (EP 2 072 051 A1), *see specifically* MEDA_TEVA_03524144-MEDA_TEVA_03524145, MEDA_TEVA_03524147, MEDA_TEVA_03524151-MEDA_TEVA_03524152.<br><br>MEDA_TEVA_03525127-MEDA_TEVA_03525140 (EP 1 519 731 B1), *see specifically* MEDA_TEVA_03525129, MEDA_TEVA_03525132-MEDA_TEVA_03525134.<br><br>MEDA_TEVA_03525559- | MEDA_TEVA_00024775 – 85 (GB 2 389 530) (*see, e.g.*, MEDA_TEVA_00024775-7). |

11

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|------|-------------|--------------------------|-----------------------------------|-----------------------------------|
| | | | MEDA_TEVA_03525573 (EP 1 519 731 Observations in Response to Notice of Opposition), *see specifically* MEDA_TEVA_03525570.<br><br>MEDA_TEVA_03529221-MEDA_TEVA_03529253 (Filing Receipt of Application), *see specifically* MEDA_TEVA_03529229, MEDA_TEVA_03529239-MEDA_TEVA_03529241.<br><br>MEDA_TEVA_03529823-MEDA_TEVA_03529836 (EP 2 075 000), *see specifically* MEDA_TEVA_03529824-MEDA_TEVA_03529825, MEDA_TEVA_03529827, MEDA_TEVA_03529831-MEDA_TEVA_03529833. | |
| 4. | "therapeutically effective amount" | '723 Patent at Claim 1;<br><br>'428 Patent at Claim 1, 14, 28 | Plain and ordinary meaning:<br>"a therapeutically effective amount of a pharmaceutical composition" in the '723 patent: "an amount of pharmaceutical composition that prevents or minimizes symptoms of a disease or illness"<br><br>"a therapeutically effective amount of a nasal spray formulation" in the '428 patent: "an amount of the nasal spray | Indefinite<br><br>**Intrinsic Evidence**<br><br>U.S. Patent Application 2002/0173496 A1 to Biggadike (*see, e.g.*, ¶ 0003, 0055).<br><br>U.S. Patent 7,629,335 (*see, e.g.*, Col. 4:58-67). |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | formulation that prevents or minimizes symptoms of seasonal allergic rhinitis" | U.S. Patent 6,750,210 (*see,* e.g., Col. 7:8-13). |
| | | | **Intrinsic Evidence** | U.S. Patent 4,335,121 (*see, e.g.,* Col.32:52-34:11). |
| | | | **'723 Patent** (MEDA_TEVA_00018010-MEDA_TEVA_00018025): 1:19-62; 2:18-31; 7:19-41; 11:50-14:6. | U.S. Patent No. 7,629,335 (*see, e.g.,* Col. 4:58-67). |
| | | | **'723 Patent PH** (MEDA_TEVA_00009275-MEDA_TEVA_00018009): MEDA_TEVA_00009382-MEDA_TEVA_00009390 (Foreign Reference—WO98/48839), *see specifically* MEDA_TEVA_00009385-MEDA_TEVA_00009386. | U.S. Patent No. 6,750,210 (*see, e.g.,* Col. 7:8-13).<br><br>U.S. Patent No. 4,335,121 (*see, e.g.,* Col. 32:52-34:11).<br><br>U.S. Patent No. 6,921,757 (*see, e.g.,* Col. 7:54–8: 3). |
| | | | MEDA_TEVA_00011174-MEDA_TEVA_00011191 (Patent App. Pub. US 2004/0235807), *see specifically* MEDA_TEVA_00011179. | U.S. Patent No. 3,312,590 (*see, e.g.,* Claim 9).<br><br>U.S. Patent No. 3,639,434 (*see, e.g.,* Col. 2:58-60). |
| | | | MEDA_TEVA_00011939-MEDA_TEVA_00012018 (Foreign Reference—WO99/01467), *see specifically* MEDA_TEVA_00011974. | U.S. Patent No. 3,813,384 (*see, e.g.,* Col. 6:72–7:1). |
| | | | MEDA_TEVA_00012355-MEDA_TEVA_00012438 (Foreign | U.S. Patent No. 4,267,173 (*see, e.g.,* Col. 1:32-36, 6:49-56). |

13

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|------|-------------|--------------------------|-----------------------------------|-----------------------------------|
| | | | Reference—WO98/34596), *see specifically* MEDA_TEVA_00012370-MEDA_TEVA_00012371.<br><br>MEDA_TEVA_00015139-MEDA_TEVA_00015198 (Foreign Reference—European Patent App. Pub. No. 0004773), *see specifically* MEDA_TEVA_00015162.<br><br>MEDA_TEVA_00015272-MEDA_TEVA_00015292 (Foreign Reference—WO01/54664), *see specifically* MEDA_TEVA_00015282.<br><br>MEDA_TEVA_00015397-MEDA_TEVA_00015410 (Foreign Reference—WO00/33892), *see specifically* MEDA_TEVA_00015403.<br><br>MEDA_TEVA_00016266-MEDA_TEVA_00016350 (Foreign Reference—WO00/49993), *see specifically* MEDA_TEVA_00016303.<br><br>MEDA_TEVA_00016786-MEDA_TEVA_00016801 (Foreign Reference—WO0016814), *see specifically* MEDA_TEVA_00016791. | U.S. Patent No. 4,607,028 (*see, e.g.*, Col. 4:60-63).<br><br>U.S. Patent No. 4,710,495 (*see, e.g.*, Col. 16:31-32).<br><br>U.S. Patent No. 4,861,765 (*see, e.g.*, Col. 1:18-21).<br><br>U.S. Patent No. 4,992,474 (*see, e.g.*, Abstract, Col. 3:61-68).<br><br>U.S. Patent No. 5,081,113 (*see, e.g.*, Col. 4:56-57, 4:65–5:2).<br><br>U.S. Patent No. 5,164,194 (*see, e.g.*, Col. 2:24-26).<br><br>U.S. Patent No. 5,202,316 (*see, e.g.*, Col. 6:17-23).<br><br>U.S. Patent No. 5,707,984 (*see, e.g.*, Col. 1:29-35, 41-44).<br><br>U.S. Patent No. 5,889,015 (*see, e.g.*, Col. 1:42-49).<br><br>U.S. Patent No. 5,972,920 (*see, e.g.*, Col. 1:7-9, 2:54-59). |

14

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | '428 Patent (MEDA_TEVA_03519853-MEDA_TEVA_03519869): 11:50-14:44.<br><br>'428 Patent PH (MEDA_TEVA_03519870-MEDA_TEVA_03531151): MEDA_TEVA_03522022-MEDA_TEVA_03522058 (Foreign Reference—WO02/11711), *see specifically* MEDA_TEVA_03522029. | U.S. Patent No. 6,197,761 (*see, e.g.*, Col. 5:1-2).<br><br>U.S. Patent No. 6,759,398 (*see, e.g.*, Col. 6:54-56).<br><br>U.S. Patent No. 8,071,073 (*see, e.g.*, Col. 78:19-25).<br><br>U.S. Patent Application No. 2007/0020330 A1 (*see, e.g.*, Abstract, ¶ 1197.)<br><br>U.S. Patent Application No. 2005/0192261 (*see, e.g.*, ¶ 0275).<br><br>MEDA_TEVA_00018026 - MEDA_TEVA_00018041 (*see, e.g.*, 1:10-51, 4:41-53, 5:48-59; 6:46-57, 7:19-52).<br><br>MEDA_TEVA_00018010 - MEDA_TEVA_00018025 (*see, e.g.*, 1:19-63, 4:41-53, 5:47-57, 6:46-57, 7:19-52).<br><br>MEDA_TEVA_00022478 – 22504 (WO 03/105856) (*see, e.g.*, MEDA_TEVA_00022478-22501).<br><br>MEDA_TEVA_00024369 – 428 (EP 0 004 773) (*see, e.g.*, MEDA_TEVA_000024373 (Col. 4-7), |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|------|-------------|--------------------------|-----------------------------------|-----------------------------------|
| | | | | MEDA_TEVA_000024392-3 (Col. 28-10)). |
| | | | | MEDA_ TEVA_00024515 – 552 (EP 0 393 658) (See e.g., 24516 (Col. 5-10)). |
| | | | | MEDA_TEVA_00024586 – 609 (GB 1 384 372) (*see, e.g.,* MEDA_TEVA_00024589 (Col 46-70)) |
| | | | | MEDA_TEVA_00024610 – 623 (GB 1 438 940) (*see, e.g.,* MEDA_TEVA_00024613 Col. 26-51, 120-126)). |
| | | | | MEDA_TEVA_00024624 – 34 (GB 1 517 278) (*see, e.g.,* MEDA_TEVA_00024627 (Col. 6-211; 61-65)). |
| | | | | MEDA_TEVA_00024635 – 707 (GB 2 079 755) (*see, e.g.,* MEDA_TEVA_00024638 (Col. 51-58), MEDA_TEVA_00024650 (Col. 3-7, 19-26), MEDA_TEVA_00024672 (Col. 1-26, 49-65)). |
| | | | | MEDA_TEVA_00024708 – 37 (GB 2 088 877) (*see, e.g.,* MEDA_TEVA_00024710 (18-25), MEDA_TEVA_00024733 (Col. 22-28)). |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | | MEDA_TEVA_00024738 – 74 (GB 2 140 800) (*see, e.g.*, MEDA_TEVA_00024738; MEDA_TEVA_00024739; MEDA_TEVA_00024741 (Col. 9-15)). |
| | | | | MEDA_TEVA_00024775 – 85 (GB 2 389 530) (*see, e.g.*, MEDA_TEVA_00024775-7). |
| | | | | MEDA_TEVA_00024887-924 (WO 03/042230 A1) (*see, e.g.*, MEDA_TEVA_0024897). |
| | | | | MEDA_TEVA_00025025-MEDA_TEVA_00025041 (Intranasal Corticosteroids for Allergic Rhinitis: Superior Relief?) (*see, e.g.*, MEDA_TEVA_00025027). |
| | | | | MEDA_TEVA_00025412-27 (Safety and Tolerability of Treatments for Allergic Rhinitis in Children). |
| | | | | MEDA_TEVA_0002544 –452 (Chronic obstructive pulmonary disease: new opportunities for drug development). |
| | | | | MEDA_TEVA_00025453-459 (Efficacy of inhaled corticosteroids in asthma). |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
|  |  |  |  | MEDA_TEVA_00025461- 68(Novel Approaches and Targets for Treatment of Chronic Obstructive Pulmonary Disease). MEDA_TEVA_00025495-500 (Treatment with intranasal fluticasone propionate significantly improves ocular symptoms .in patients with seasonal allergic rhinitis). MEDA_TEVA_000255510-558 (Anti-inflammatory Activity of Inhaled Mometasone Furoate in Allergic Mice) (*see, e.g.*, MEDA_TEVA_00025553). MEDA_TEVA_00025712-17 (GB 1191965 5/1970) (*see, e.g.*, MEDA_TEVA_00025713 (37-40)). MEDA_TEVA_00025767-807 (Diagnosis and Management of Rhinitis: Complete Guidelines of the Joint Task Force on Practice Parameters in Allergy, Asthma and Immunology). MEDA_TEVA_00024672 (Col. 1-26, 49-65)). MEDA_TEVA_00025501-25502 (Fluticasone Furoate/Fluticasone |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | | Propionate - Different Drugs with Different Properties). MEDA_TEVA_0027561-27601 (The Pharmacokinetics of GW685698X and CC118781 Following Intracheal Co-Administration to the Anaesthetised White Pig (Study No. B30947) (*see, e.g.*, MEDA_TEVA_0027582-601) MEDA_TEVA_00008861-8950 (WO 00/49993, Nitrosated and Nitrosylated Steroids for the Treatment of Cardiovascular Diseases and Disorders)(*see, e.g.*, MEDA_TEVA_00008895). MEDA_TEVA_00018227 – 234  (Comparison of beclomethasone dipropionate aqueous nasal spray, astemizole, and the combination in the prophylactic treatment of ragweed pollen-induced rhinoconjunctivitis, by E. Juniper) (*see, e.g.*, MEDA_TEVA_00018233). MEDA_TEVA_00018238 – 245  (A Comparison of the Efficacy of Fluticasone Propionate Aqueous Nasal Spray and Loratadine, Alone and in Combination, for the Treatment of Seasonal Allergic |

19

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | | Rhinitis, by P. Ratner) (*see, e.g.*, MEDA_TEVA_00018239).<br><br>MEDA_TEVA_00026465-70 (Development of Fluticasone Propionate and Comparison with Other Inhaled Corticosteroids). |
| 5. | "pharmaceutically acceptable ester of fluticasone" | '620 Patent at Claim 1, 5, 6, 21, 25;<br><br>'723 Patent at Claim 1, 10, 12, 13 | Plain and ordinary meaning: "ester of fluticasone suitable for incorporation into a dosage form for human or mammalian use"<br><br>**Intrinsic Evidence**<br><br>**'620 Patent** (MEDA_TEVA_00018026-MEDA_TEVA_00018041): 2:7-14, 6:46-7:17, 8:25-14:55.<br><br>**'620 Patent PH** (MEDA_TEVA_00000001-MEDA_TEVA_00009274): MEDA_TEVA_00000004-MEDA_TEVA_00000118 (PCT/GB03/02557), *see specifically* MEDA_TEVA_00000011-MEDA_TEVA_00000012 and MEDA_TEVA_00000028-MEDA_TEVA_00000029. | Indefinite<br><br>**Intrinsic Evidence**<br><br>U.S. Patent Application No. 2002/0173496 A1 to Biggadike.<br><br>MEDA_TEVA_00022478 – 22504 (WO 03/105856) (*see, e.g.*, MEDA_TEVA_00022478-22501).<br><br>MEDA_TEVA_00024775 – 85 (GB 2 389 530) (*see, e.g.*, MEDA_TEVA_00024775-7).<br><br>MEDA_TEVA_00025501-25502 (Fluticasone Furoate/Fluticasone Propionate - Different Drugs with Different Properties).<br><br>MEDA_TEVA_0027561-27601 (The Pharmacokinetics of GW685698X and |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|------|-------------|--------------------------|-----------------------------------|-----------------------------------|
| | | | MEDA_TEVA_00000219-MEDA_TEVA_00000244 (October 17, 2008 Office Action), *see specifically* MEDA_TEVA_00000222.<br><br>MEDA_TEVA_00000288-MEDA_TEVA_00000305 (October 23, 2009 Amendments to the Claims), *see specifically* MEDA_TEVA_00000288-MEDA_TEVA_00000296.<br><br>MEDA_TEVA_00000793-MEDA_TEVA_00000820 (August 16, 2011 Amendments and Response to Office Action Dated February 16, 2011), *see specifically* MEDA_TEVA_00000809-MEDA_TEVA_00000810.<br><br>MEDA_TEVA_00002936-MEDA_TEVA_00002946 (PCT/GB01/03495), *see specifically* MEDA_TEVA_00002939-MEDA_TEVA_00002940.<br><br>MEDA_TEVA_00003000-MEDA_TEVA_00003011 (Non-Patent Literature—Sandham et al.), *see specifically* MEDA_TEVA_00003001-MEDA_TEVA_00003005. | CC118781 Following Intracheal Co-Administration to the Anaesthetised White Pig (Study No. B30947) (*see, e.g.*, MEDA_TEVA_0027582-601). |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | MEDA_TEVA_00003143-MEDA_TEVA_00003240 (Foreign Reference—WO02/070490), *see specifically* MEDA_TEVA_00003161.<br><br>MEDA_TEVA_00008003-MEDA_TEVA_00008016 (Foreign Reference—WO01/78745), *see specifically* MEDA_TEVA_00008006.<br><br>MEDA_TEVA_00008861-MEDA_TEVA_00008945 (Foreign Reference—WO00/49993), *see specifically* MEDA_TEVA_00008884-MEDA_TEVA_00008885.<br><br>**'723 Patent** (MEDA_TEVA_00018010-MEDA_TEVA_00018025): 11:50-14:6. | |
| 6. | "wherein said pharmaceutical formulation is in a dosage form suitable for nasal administration" / "suitable for nasal administration" / "wherein said dosage form suitable for nasal | '620 Patent at Claim 1, 13, 15, 24 ("dosage form of as a nasal spray"), 28, 29, 47 | Plain and ordinary meaning: "a pharmaceutical formulation that can be applied onto the nasal mucosa and that is tolerable to patients"<br><br>**Intrinsic Evidence**<br><br>**'620 Patent** (MEDA_TEVA_00018026-MEDA_TEVA_00018041): 1:26-53; 11:45-14:55. | "a pharmaceutical formulation that can be applied onto the nasal mucosa"<br><br>**Intrinsic Evidence**<br><br>MEDA_TEVA_00022478 – 22504 (WO 03/105856) (*see, e.g.,* MEDA_TEVA_00022478-22501).<br><br>MEDA_TEVA_00024561-24569 (EP 0750127 A1) (*see, e.g.,* |

RLF1 15722492v.1

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | administration comprises [nasal drops or] a nasal spray" | | **'620 Patent PH** (MEDA_TEVA_00000001-MEDA_TEVA_00009274): MEDA_TEVA_00000787-MEDA_TEVA_00000790 (August 4, 2011 Examiner Interview Summary).<br><br>MEDA_TEVA_00000793-MEDA_TEVA_00000820 (August 16, 2011 Amendments and Response to Office Action Dated February 16, 2011), *see specifically* MEDA_TEVA_00000812.<br><br>MEDA_TEVA_00001312-MEDA_TEVA_00001333 (August 12, 2011 Declaration of Geena Malhotra), *see specifically* MEDA_TEVA_00001314-MEDA_TEVA_00001315. | MEDA_TEVA_00024563).<br><br>MEDA_TEVA_00024775 – 85 (GB 2 389 530) (*see, e.g.*, MEDA_TEVA_00024775-7).<br><br>MEDA_TEVA_00006621-6657 (GB 2140800A) (*see, e.g.*, MEDA_TEVA_00006625).<br><br>MEDA_TEVA_00024979-5001 (Clinical trial design, nasal allergen challenge models, and considerations of relevance to pediatrics, nasal polyposis, and different classes of medication) (*see, e.g.*, MEDA_TEVA_0024985).<br><br>MEDA_TEVA_00020181-454  (WO 00/66522) (*see, e.g.*, MEDA_TEVA_00020277).<br><br>MEDA_TEVA_00021073-229 (WO 01/57025(*see, e.g.*, MEDA_TEVA_00021200).<br><br>MEDA_TEVA_00021358-94 (WO 02/00679) (*see, e.g.*, MEDA_TEVA_00021371).<br><br>MEDA_TEVA_00021395-710 (WO |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | | 02/02565) (*see, e.g.*, MEDA_TEVA_00021456).<br><br>MEDA_TEVA_00023188-203 (WO 2004/03156) (*see, e.g.*, MEDA_TEVA_00023195).<br><br>MEDA_TEVA_00023208-23220 (WO 2004/19955) (*see, e.g.*, MEDA_TEVA_00023211).<br><br>MEDA_TEVA_00024586-609 (GB 1 384 372) (*see, e.g.*, MEDA_TEVA_00024589).<br><br>MEDA_TEVA_00024738-74 (GB 2 140 800) (*see, e.g.*, MEDA_TEVA_00024742).<br><br>MEDA_TEVA_00020096-20180 (WO 00/49993) (*see, e.g.*, MEDA_TEVA_00020130).<br><br>MEDA_TEVA_00004417-52 (WO 02/076933) (*see, e.g.*, MEDA_TEVA_00004429).<br><br>MEDA_TEVA_00006734-62 (GB 2 088 877) (*see, e.g.*, MEDA_TEVA_00006758). |

24

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|------|-------------|--------------------------|-----------------------------------|-----------------------------------|
| | | | | MEDA_TEVA_00007807-7843 (WO 02/00679) (*see, e.g.*, MEDA_TEVA_00007820). MEDA_TEVA_00008129-8142 (GB 1 438 940) (*see, e.g.*, MEDA_TEVA_00008132). MEDA_TEVA_00008195-8205 (GB 1 517 278) (*see, e.g.*, MEDA_TEVA_00008198). MEDA_TEVA_00018173-94 (Malhotra III Declaration) (*see, e.g.*, MEDA_TEVA_18175-6, MEDA_TEVA_18187-92). MEDA_TEVA_00018106-43 (October 14, 2015 Supplemental Response) (*see, e.g.*, MEDA_TEVA_00018140). |
| 7. | "condition[s] for which administration of one or more antihistamine and/or one or more steroid is indicated" | '620 Patent at Claim 16, 17, 24; '723 Patent at Claim 1 | Plain and ordinary meaning: "disease[s] or illness[es] for which the symptoms may be prevented or minimized by application of one or more antihistamine and/or one or more steroid" **Intrinsic Evidence** | Indefinite **Intrinsic Evidence** MEDA_TEVA_00022478 – 22504 (WO 03/105856) (*see, e.g.*, MEDA_TEVA_00022478-22501). |

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | '620 Patent (MEDA_TEVA_00018026-MEDA_TEVA_00018041): 1:20-38, 7:19-41; 11:45-14:55.<br><br>'620 Patent PH (MEDA_TEVA_00000001-MEDA_TEVA_00009274): MEDA_TEVA_00000673-MEDA_TEVA_00000674 (Non-Patent Literature—Duonase Website), *see specifically* MEDA_TEVA_00000674.<br><br>MEDA_TEVA_00001655-MEDA_TEVA_00001674 (Non-Patent Literature—Astepro Insert), *see specifically* MEDA_TEVA_00001655-MEDA_TEVA_00001656.<br><br>MEDA_TEVA_00001675-MEDA_TEVA_00001696 (Non-Patent Literature—Rhinocort Insert), *see specifically* MEDA_TEVA_00001675-MEDA_TEVA_00001676.<br><br>MEDA_TEVA_00009091-MEDA_TEVA_00009111 (Non-Patent Literature—Veramyst Insert), *see specifically* MEDA_TEVA_00009091-MEDA_TEVA_00009092. | MEDA_TEVA_00024775 – 85 (GB 2 389 530) (*see, e.g.*, MEDA_TEVA_00024775-7).<br><br>U.S. Patent No. 5,164,194 (*see, e.g.*, Col. 2: 24-26).<br><br>U.S. Patent No. 8,071,073 (*see, e.g.*, Col. 78:19-25).<br><br>U.S. Patent Application No. 2007/0020330 A1 (*see, e.g.*, Abstract, ¶ 1197.)<br><br>U.S. Patent Application No. 2005/0192261 (*see, e.g.*, ¶ 0275).<br><br>MEDA_TEVA_00000654-76 (Malhotra II Declaration).<br><br>MEDA_TEVA_00001434-8 (Rajan Declaration).<br><br>MEDA_TEVA_00019848-54 (May 7, 2015 Office Action) (*see, e.g.*, MEDA_TEVA_00019851-2)<br><br>Teva incorporates all of Defendant's intrinsic citations to Term 1 of this chart. |

26

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| | | | '723 Patent (MEDA_TEVA_00018010-MEDA_TEVA_00018025): 11:50-14:6. | |
| 8. | "from 0.001% (weight/weight) % (weight/weight) of azelastine hydrochloride" | '428 Patent at Claim 28, 29, 30 | Plain and ordinary meaning: "from 0.001% (weight/weight) to 1% (weight/weight) of azelastine hydrochloride"<br><br>**Intrinsic Evidence**<br><br>**'428 Patent** (MEDA_TEVA_03519853-MEDA_TEVA_03519869): 2:24-28; 8:15-10:20; 11:50-14:44; certificate of correction (MEDA_TEVA_04009025).<br><br>**'428 Patent PH** (MEDA_TEVA_03519870-MEDA_TEVA_03531151): MEDA_TEVA_03531133-MEDA_TEVA_03531134 (March 2, 2016 Request for Expedited Issuance of Certificate of Correction). | Indefinite |
| 9. | "% (weight/weight)" | '620, '723, and '428 Patents | Plain and ordinary meaning: "% (weight/weight) of the formulation."<br><br>**Intrinsic Evidence**<br><br>**'620 Patent** (MEDA_TEVA_00018026-MEDA_TEVA_00018041): | "% (weight/weight), in a solid or semi-solid formulation"<br><br>**Intrinsic Evidence**<br><br>MEDA_TEVA_03519853 - MEDA_TEVA_03519869 (*see, e.g.,*3:26- |

27

| Term | Term/Phrase | Asserted Patent Claim(s) | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|------|-------------|--------------------------|-----------------------------------|-----------------------------------|
| | | | Throughout, *see, e.g.*, 1:63-2:6; 2:43-46; 2:43-46; 2:50-3:6; 3:52-59; 3:66-4:6; 5:13-19; 8:4-14:55.<br><br>**'723 Patent** (MEDA_TEVA_00018010-MEDA_TEVA_00018025): 11:50-14:6.<br><br>**'428 Patent** (MEDA_TEVA_03519853-MEDA_TEVA_03519869): 11:50-14:44. | 29).<br>MEDA_TEVA_00018026 - MEDA_TEVA_00018041 (*see, e.g.*,3:4-7)<br><br>MEDA_TEVA_00018010 - MEDA_TEVA_00018025 (*see, e.g.*, 3:4-7).<br><br>MEDA_TEVA_00022478 – 22504 (WO 03/105856) (*see, e.g.*, MEDA_TEVA_00022478-22501).<br><br>MEDA_TEVA_00024775 – 85 (GB 2 389 530) (*see, e.g.*, MEDA_TEVA_00024775-7).<br><br>To the extent that a claim also specifies an "aqueous suspension," such a claim is indefinite. (*See, e.g.*, '428 Patent, Claim 28). |