**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MEDA PHARMACEUTICALS INC. and CIPLA LTD., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   C.A. No. 15-785-LPS ) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) |
| Defendant. | ) |

**JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS**

WHEREAS, on December 22, 2016, the Court stayed the above case for ninety (90) days at the request of the parties to allow the parties to conduct and facilitate good-faith discussion to resolve the case (D.I. 116);

WHEREAS, the initial stay was extended at the request of the parties for sixty (60) days on March 16, 2017 (D.I. 118), the current stay expires on May 15, 2017, and the parties need additional time to conduct and facilitate good-faith discussion to resolve the case;

IT IS THEREFORE STIPULATED, by and between the parties, subject to the approval of the Court, that the above case, including all deadlines and discovery obligations and all pending motions or matters for Court decision, is stayed for a period of forty-five (45) days from the date of entry of this order.

| | |
|---|---|
| */s/ Selena E. Molina* | */s/ Andrew E. Russell* |
| Frederick L. Cottrell, III (#2555) | John W. Shaw (No. 3362) |
| Selena E. Molina (#5936) | Karen E. Keller (No. 4489) |
| RICHARDS, LAYTON & FINGER, P.A. | Andrew E. Russell (No. 5382) |
| One Rodney Square | SHAW KELLER LLP |
| 920 North King Street | 300 Delaware Avenue, Suite 1120 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | (302) 298-0700 |
| cottrell@rlf.com | jshaw@shawkeller.com |
| molina@rlf.com | kkeller@shawkeller.com |
| | arussell@shawkeller.com |
| *Attorneys for Plaintiffs* | |
| *Meda Pharmaceuticals, Inc. and* | *Attorneys for Defendant* |
| *Cipla Ltd.* | *Teva Pharmaceuticals USA, Inc.* |

Dated:  May 8, 2017

SO ORDERED THIS _____ day of _____, 2017.

_____
Chief Judge Leonard P. Stark